In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00425-CV
_____

**TERESA HOLMES, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF VENDEE MORTGAGE TRUST, Appellee**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 18-30741**

**MEMORANDUM OPINION**

The trial court signed a final judgment on August 6, 2018. Teresa Holmes filed a notice of appeal but failed to file a brief. On March 8, 2019, we notified the parties that Holmes's brief was past due and had not been filed, and we warned the parties that Holmes's failure to file a brief could result in a dismissal of the appeal for want of prosecution. In the absence of a brief assigning error for appellate review,

1

we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on April 3, 2019
Opinion Delivered April 4, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.